# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIFFANIE MCGALLIARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-1213-R |
| | ) |
| COMTECH DESIGN, PRINT & MAIL, LLC, a domestic limited liability company, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Motion to Dismiss, Doc. 15, for Plaintiff's failure to prosecute the case. The Court granted Plaintiff's counsel's motion to withdraw on March 13, 2018, and instructed Plaintiff to obtain new counsel or enter an appearance pro se within thirty days. Doc. 14. It also noted that "a failure of [Plaintiff] to prosecute . . . may result in dismissal of the case without prejudice . . . ." *Id.* Plaintiff failed to enter an appearance pro se or respond to Defendant's motion, after which the Court ordered her to show cause by June 7, 2018, why her case should not be dismissed for failure to prosecute. Doc. 16  Plaintiff still has not responded to Defendant's motion or the Court's order. Accordingly, her case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of June, 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE