# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIFFANIE MCGALLIARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-17-1213-R |
| ) | |
| COMTECH DESIGN, PRINT & ) | |
| MAIL, LLC, a domestic limited ) | |
| liability company, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Consistent with the Court's order entered today, judgment is hereby entered in favor of Defendant.

Entered this 8th day of June 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE